# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MALAIKA BROOKS,

    Plaintiff,

v.

CITY OF SEATTLE, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   C06-1681RAJ

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The court enters judgment for the City of Seattle and its police chief on Plaintiff's claims against them. Plaintiff's federal claims against the remaining police officers were dismissed in *Mattos v. Agarano*, 611 F.3d 433 (9th Cir.); *cert. denied sub nom Daman v. Brooks*, 132 S. Ct. 2681 (2012). The court dismisses Plaintiff's Washington assault and battery claims against the on-scene officers without prejudice, subject to the conditions stated in the court's August 3, 2012 order.

    Dated this 3rd day of August, 2012.


                                      WILLIAM M. MCCOOL
                                      Clerk


                                      s/ Consuelo Ledesma
                                      Deputy Clerk